O

FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT RAYMOND PAREDES,<br><br>    Petitioner,<br><br>    v.<br><br>TOMMY FLECKER, Warden,<br><br>    Respondent. | Case No. CV 09-08004 RSWL (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has conducted a de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner failed to file any Objection to the R&R.

IT IS ORDERED that:

1. The R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: __June 25__, 2010

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE