ENTER / JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALBERT RAYMOND PAREDES, | Case No. CV 09-08004 RSWL (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| TOMMY FLECKER, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: __June 25__, 2010

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE